Barry Harris #95363
P.O. Box 650
Indian Springs, NV 89070

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

NAME, BARRY HARRIS
Plaintiff(s),

-vs-

NAME, TASHEENA COOKE, et al.,
Defendant(s).

CASE NO. 3:22-CV-00019-ART-CSD

"MOTION FOR LEAVE TO FILE AN AMENDMENDED COMPLAINT"

COMES NOW, Barry Harris, in PRO PER and herein above respectfully Moves this Honorable Court for a MOTION FOR LEAVE TO FILE AN amended first complaint

The above is made and based on the following Memorandum of Points and Authorities.

PLAINTIFF, BARRY HARRIS PURSUANT TO RULE 15(A) FED.R.CIV.P

1

## MEMORANDUM OF POINTS AND AUTHORITIES

3. Plaintiff in his original complaint was misdirected to leave out the first Defendant "TASheena COOKE" on the official "1983 Complaint form" see page 1-2 where the form only ask the plaintiff to Name Defendants 2-Through 6, so now ① The Plaintiff ask this Honorable Court to allow him to Amend "TASheena COOKE" with Count Three to his "First Amended Complaint" in complete detail ② because she is name in some language in his original complaint and as so the supporting facts in Count III-Three as well is stated in his first complaint see "B. Nature of the Case" and "D. Administrative Relief (3) p.g(8)" of his original complaint, or Fed. R. Civ. P. Rule 15(A)... ③ The plaintiff would like to add c/o pyle first name in his first amended complaint as "Robert Pyle" since now he knows it ④ The Plaintiff Count 3-Three Allege Mrs. COOKE violated his rights to the court and refusing him to exhaust his claims in the administrative process ①-Through ④ Here is what Mr. Harris wish to Amend in Third Count....

2

MR. HARRIS The plaintiff wishes to amend the relief he believes he is entitled to as follow for each claim: ① $50,000.00 jointly and severally against defendants TASheena COOKE, DAVID DRummond and RObert pyle for the physical and emotional injuries, ② $50,000.00 against Robert pyle for violating my rights, ③ $100,000.00 against TASheena COOKE for misleading me and not allowing me to exhaust and/or access to the courts which violated my rights... ④ grant such other relief as it may appear that plaintiff is entitled...

I Declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct, 28 U.S.C § 1746

DATED This 11 DAY OF JULY 2023

Barry Harris
BArry Harris

3

CERTIFICATE OF SERVICE by MAIL-E-FILED

PURSUANT TO NRCP RULE 5(b), I hereby certify that I am the petitioner/plaintiff named herein and that on this 11 Day of JULY, 2023, I mailed a true and correct copy of this foregoing motion for leave to file AN first Amended complaint to the following:

U.S. DISTRICT COURT office
400 S. VIRGINIA STREET Room #301
Reno, NEVADA 89301

by: Barry Harris

4 . . . .