1 Barry Harris #95363
2 P.O. Box 650
3 Indian Springs, NV 89070
4
5           UNITED STATES DISTRICT COURT
6           DISTRICT OF NEVADA
7
8 BARRY HARRIS
9        Plaintiff    | CASE NO 3:22-CV-00019-ART-CSD
10 V.S.               | "First Amended Complaint
11
12 TASHEENA COOKE etal ( JURY TRIAL Demanded )
13      Defendants
14           A. JURISDICTION
15  1). This Court has Jurisdiction over This action pursant
16 To: 28 U.S.C §1343(a)(3) 42 U.S.C §1983
17
18  2.) INSTITUTION/CITY Where Plaintiff Currently Resides:
19          HIGH DESERT STATE PRISON
20
21  3.) INSTITUTION/CITY Where Violation(s) occurred:
22          ELY STATE PRISON
23
24           B. DEFENDANTS
25  1). NAME of first Defendant: TASHEENA COOKE The first
26 Defendant is employed as: Warden at ELY STATE prison
27 Action against her ARE Individual and/or official capacity.
28

1  2.) NAME OF SECOND DEFENDANT: DAVID DRUMMOND
2  The second defendant is employed as assistance warden
3  at ELY STATE PRISON ACTION AGAINST him Are Individual
4  and/OR OFFICIAL CAPACITY.
5
6  3). NAME OF THIRD DEFENDANT: RobERT PYLE The Third
7  defendant is employed as an correctional officer at ELY
8  STATE PRISON ACTION against him are Individual and/or Official
9  Capacity.
10
11           C. NATURE OF THE CASE
12  1). Briefly State The background of your case:
13     On September 6, 2021 MR. Harris was Retaliated and
14  harass by officer "Robert PYLE" for Propelling on him
15  early That day which officer Pyle made it his
16  duty to act out of conduct and The result of his
17  action Left MR. HARRIS personal property damage and missing.
18  on 9/6/21 MR. HARRIS FILE an Informal grievance which got rejected
19  on 10/7/21, again MR. Harris FILE another informal grievance
20  on 11/21/21 Which ALSO got rejected on 12/7/21 Due to Three
21  rejection MR. Harris move forward with this claim in the
22  Above court because The institution refuse to Allow
23  MR. Harris to EXHAUST per AR 7.40 Three rejection
24  count as Exhausting All Level.
25
26
27
28

## D. CAUSE OF ACTION

### COUNT I

The following civil rights has been violated:
8th - Eighth Amendment of the U.S. Constitution
Conditions of Confinement Violation.

Supporting Facts:

My supporting facts that my Eighth Amendment rights was violated under conditions of confinement are on 9/6/21 C/O Robert Pyle put me on a restricted diet which deprive me of two of my three daily meals that I was only feed one meal a day for seven days which I miss 14 meals in total over the course of the seven days which was against the rules and regulations of the prison Administration I told his supervisor's about this but they didn't do anything about it... So I was left to eat food once a day and less in calories then my regular meals ... See Runnels v. Foster, 554 F.3d 807, 812-14 - - (9th Cir. 2009)

```
 1
 2              COUNT II
 3
 4  The following civil rights has been violated:
 5  8Th. EIGHTH Amendment of The U.S. Constitution
 6  deliberate indifference of plaintiff conditions of confinement
 7  violation by c/o PYLE.
 8
 9
10  Supporting facts:
11
12  MRS. COOKE and MR. DRUMMOND ALLOWED C/O
13  PYLE TO Keep me on and put me on a restricted
14  diet - diet Low for 7-Days I Told The both of
15  Them about what PYLE was doing but They failed
16  TO do anything about IT with deliberate Indifference
17  To my rights and prison rules and regulations,
18  See Starr v. Baca 652 F.3d 1202, 1206-07 (9Th CIR. 2011)
19
20
21
22
23
24
25
26
27
28
```

## E. Administrative Relief

Plaintiff utilized the grievance process pursuant to (AR) 740.01 regarding claims and exhaustion... 9/26/21 at Ely State prison grievance number (20063128785)

## F. Request for Relief

I believe that I am entitled to the following relief:

① $50,000.00 jointly and severally against defendants TASHEENA COOKE, DAVID DRUMMOND, and ROBERT PYLE for the physical and emotional injuries, ② $50,000.00 against ROBERT PYLE for violating my rights, ③ 100,000.00 against TASHEENA COOKE for misleading me and not allowing me to exhaust and/or access to the courts which violated my rights... ④ grant such other relief as it may appear that plaintiff is entitled...

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, 28 USC § 1746

DATED THIS 29 Day of AUGUST 2023

by BARRY HARRIS

5 of 5